## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

26- 1100

| | |
|---|---|
| UNITED STATES OF AMERICA ] | Magistrate Case No. E2514478 (Class A) |
| ] | |
| v. ] | |
| ] | |
| DERRICK HOLMES ] | |
| ] | **C O M P L A I N T** |
| ] | **Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Anthony S. FrancoKopec,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **18th day of March 2026,** at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DERRICK HOLMES** did commit:

Attempted to depart store with unpaid items in violation of 18 U.S.C. 641.

The name of the Complainant is **Anthony S. FrancoKopec.**

_____
**ANTHONY S. FRANCOKOPEC, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 21ST DAY OF MAY 2026.**

_____
**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

5/21/26 NK 6/25/26

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _19 March_ , 20 _26_ , while exercising my duties as a law enforcement officer in the _Federal_ District of _New Jersey_

_On the above listed date, I was watching a CCTV video, as part of a shoplifting investigation._

_I observed the defendant place several items in a shopping cart. He then attempted to walk out of the base exchange._

The foregoing statement is based upon:

☒ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _03/19/2026_ _____
    Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
    Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 03/30/2026 13:5